Nicholas J. Koutselas, Plaintiff-Appellee, v. Certified Chemicals, Inc., an Illinois Corporation, Defendant-Appellant.

Gen. No. M–51,575. (Abstract of Decision.)

First District, First Division.

July 31, 1967.

Rehearing denied September 5, 1967.

Kangles, Schwarzbach & Preston, of Chicago (Ira I. Silbar, of counsel), for appellant; Phillip Grossman, of Chicago, for appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.